LAW OFFICE OF DAVID BRUCE PETERSEN
31700 TRANSFORMER RD.
MALIN, OR 97632
TELEPHONE: (541) 892-9018
FAX: (541) 850-9494
E-MAIL: davelaw7@yahoo.com

Attorney for Plaintiff George S. Muntean

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE S. MUNTEAN<br><br>        Plaintiff,<br><br>vs.<br><br><br>SCOTT N. JOHNSON,<br><br><br><br>        Defendants | Case No.: CIV.S 08-cv-02591-MCE-KJM<br><br>**STIPULATED DISMISSAL AND ORDER**<br><br><br><br>Complaint Filed: OCTOBER 30, 2008 |

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that this action be and is hereby dismissed with prejudice pursuant to FRCP 41 (a)(2). The Parties shall bear their own costs and attorneys' fees in connection with the Lawsuit and the negotiation and preparation of this Agreement.

1

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | Dated: December 18, 2008 | Law Office of David Bruce Petersen |
| 2 | | |
| 3 | | /s/David Bruce Petersen<br>DAVID BRUCE PETERSEN, |
| 4 | | Attorneys for Defendant,<br>GEORGE S. MUNTEAN |
| 7 | Dated: December 22, 2008 | /s/Scott N. Johnson<br>SCOTT N. JOHNSON, |
| 8 | | Plaintiff |

**IT IS SO ORDERED**.

DATED: December 23, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com